UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL    JS-6

| Case No. | **CV 10-8319-DMG (PJWx)** | Date | December 6, 2012 |
|---|---|---|---|

| Title | Torin A. Dorros v. JP Morgan Chase Bank, N.A., et al. |
|---|---|

| Present: The Honorable | DOLLY M. GEE., UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES

In light of the minute order, filed December 4, 2012, indicating that the case has settled in its entirety, this action is placed in inactive status.

By January 7, 2013 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of January 8, 2013.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All pretrial and trial dates are hereby VACATED.

IT IS SO ORDERED.