TINA M. ALLEGUEZ, SBN 136562
tina@anlawllp.com
ALLEGUEZ & NEWMAN, LLP
21860 Burbank Blvd., Ste. 360
Woodland Hills, CA 91367
(818)225-0056 Office
(818)225-0057 Fax

*Attorneys for Plaintiff, Torin A. Dorros*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORIN A. DORROS,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>JP MORGAN CHASE BANK N.A., and DOES 1 through 10,<br><br>　　Defendants. | **Case No. CV10-8319-DMG (PJWx)**<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br>**[85]** |

　　Upon review and consideration of the parties' **STIPULATION OF DISMISSAL WITH PREJUDICE**, the Court finds good cause for granting the dismissal requested by said Stipulation.

　　**THEREFORE, IT IS HEREBY ORDERED** that pursuant to the parties' agreement, this action is dismissed with prejudice.  Each party shall bear his/its own costs.

**IT IS SO ORDERED**.

Dated:  January 25, 2013

　　　　　　　　　　　　　　　　　　　　*/s/ Dolly M. Gee*
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
**ORDER RE DISMISSAL**